In the Matter of DAVID RIKARD, Appellant, v SHEILA MATSON, Respondent. (And Four Other Related Proceedings.)

Submitted February 14, 2011; decided April 5, 2011

Motion to vacate stay granted.

In the Matter of the Claim of ROCIO ZAMORA, Respondent, v NEW YORK NEUROLOGIC ASSOCIATES et al., Appellants. WORKERS' COMPENSATION BOARD, Appellant.

Submitted February 28, 2011; decided April 5, 2011

Motion to dismiss appeal by New York Neurologic Associates et al. denied.

In the Matter of ROCIO ZAMORA, Respondent, v NEW YORK NEUROLOGIC ASSOCIATES et al., Appellants. WORKERS' COMPENSATION BOARD, Appellant.

Submitted February 14, 2011; decided April 5, 2011

Motion to dismiss appeal by Workers' Compensation Board denied.